E-FILED 03-29-11
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America,** | CASE NO. CV 10-1368-GHK (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Raymond L. Clark,** | |
| Defendant. | |

Based on our March 28, 2010 Order granting Plaintiff United States of America's ("Plaintiff") Motion for Summary Judgment, **IT IS HEREBY ADJUDGED** that Plaintiff **SHALL** have judgment against Defendant Raymond L. Clark in the amount of $22,374.46, consisting of $9,252.98 in principal, $11,121.48 in interest, and $2,000 in attorneys' fees.  Plaintiff **SHALL** be entitled to post-judgment interest and costs.

**IT IS SO ORDERED**.

DATED: March 28, 2010

GEORGE H. KING
United States District Judge